UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-980 (PAM/JGL)

JANET MUELLNER,

Plaintiff,

v.

**PRETRIAL ORDER**

PETCO ANIMAL SUPPLIES,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2000;

3. Plaintiff shall disclose all expert witnesses, including reports, by February 1, 2001; Defendant shall disclose all expert witnesses, including reports, by April 1, 2001;

4. The period during which the parties may seek discovery shall be completed by April 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to May 15, 2001; and

7. This case will be considered "ready for trial" as of August 1, 2001.

DATED: October 4, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed OCT 0 4 2000
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________