UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-980 (PAM/JGL)

JANET MUELLNER,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

PETCO ANIMAL SUPPLIES,

Defendant.

A settlement conference has been scheduled in the above-referenced matter for **Thursday, January 25, 2001, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: October 4, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

Elizabeth Kimball, Esq.
300 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401

Adele Page, Esq.
Cheryl Eia, Esq.
Suite 402
51 Broadway
P.O. Box 1344
Fargo, ND 58107-1344

Filed OCT 04 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________