UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Janet Muellner, | ) | Court File No. 00-CV-980 PAM/JGL |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER PERMITTING THE FILING OF AN AMENDED COMPLAINT** |
| PETCO Animal Supplies, Inc., | ) | |
| Defendant. | ) | |

The parties by and through their attorneys of record stipulate and agree that the attached Amended Complaint, which does not include a jury demand, may be filed. The parties stipulate and agree that an Order permitting the filing of this Amended Complaint may be entered without further notice or hearing.

Dated: Dec. 1, 2000

KIMBALL LAW OFFCE, P.C.

Elizabeth W. Kimball (#224352)
Suite 300
333 Washington Avenue North
Minneapolis, MN 55401
(612) 373-7022
Attorneys for Plaintiff

DORSEY & WHITNEY

12-1-00

Adele Hedley Page (#213183)
Cheryl L. Eis (#232804)
51 Broadway, Suite 402
Fargo, ND 58107-1344
(701) 235-6000
Attorneys for Defendant

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the pleadings be amended as submitted in the Amended Complaint.

Dated: Dec. 6, 2000

Honorable Jonathan G. Lebedoff
United States Magistrate

FILED DEC 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK